Eron Sisco <em>v.</em> Levi M. Parkhurst.

<em>Audita querela. Estoppel.</em>

To an *audita querela*, alleging that a former suit between the parties was settled, and agreed to be discontinued without costs, and that the plaintiff supposed it had been so done, but the defendant, in violation of such agreement, procured judgment to be entered up for costs, the defendant pleaded, first, that the plaintiff, at the time of the settlement of the former suit, expressly agreed, that the defendant should have judgment for his costs, and, upon a full hearing, the court so decided and entered up judgment accordingly,—secondly, that the parties had a full hearing before the court as to the terms of the settlement of the former suit, and the court decided, that it was to be discontinued by the plaintiff, and that left him liable for costs; *Held,* that the facts alleged in the pleas not only precluded an *audita querela*, but that, as between the parties, the facts alleged were conclusive, and amounted to an estoppel upon all denial whatever.

Audita Querela. The facts are sufficiently stated in the opinion of the court, which was delivered by

Redfield, J. This is an *audita querela,* alleging, in substance, that a former suit between the parties was settled and agreed to be discontinued without costs, and the plaintiff supposed it had been so

XXIII.      68

done; but that the defendant, in violation of such confidence and agreement, had judgment entered up in his favor for costs.

The pleas allege, first, that the plaintiff, at the time of the settlement of the same suit, expressly agreed, that the defendant should have judgment for his costs, and, upon a full hearing, the court so decided and entered up judgment accordingly; second, that the parties had a full hearing before the court as to the terms of the settlement of the former suit, and the court decided, that it was to be discontinued by the plaintiff, and that left him liable for costs. To these pleas there is a demurrer.

It seems to us, that the facts alleged in the pleas not only preclude an *audita querela*, but that, as between the parties, the facts alleged are conclusive, and amount to an estoppel upon all denial whatever.

The county court adjudged the pleas sufficient, and that judgment is affirmed.

*J. Cooper* for plaintiff.

———————— for defendant.